# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 2, 2019

157742

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

ATTORNEY GENERAL BILL SCHUETTE,
*ex rel* DEPARTMENT OF HEALTH AND
HUMAN SERVICES,
          Plaintiff-Appellee,

v

ANGIE HALL,
          Defendant-Appellant.

SC: 157742
COA: 340315
Barry CC: 2012-000579-CZ

_____/

On order of the Court, the application for leave to appeal the March 30, 2018 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 2, 2019



Clerk

t0325